JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORP., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COVE BUILDERS, INC., <br><br> Defendant. | Case No. CV 17-3386 FMO (FFMx) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED that:

1. Default judgment is hereby entered in favor of plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts and against defendant Cove Builders, Inc. ("Cove").

2. Cove shall pay plaintiffs $117,277.29 in damages, pre-judgment interest, and attorney's fees.

3. Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 10th day of October, 2017.

                                                                /s/
                                         Fernando M. Olguin
                                    United States District Judge